IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY L. GRISSOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 01-AR-0011-S |
| ) | |
| MAYOR BERNARD KINCAID, CAPTAIN ) | |
| BEN KING, LIEUTENANT RUCKER, ) | |
| SERGEANT WILSON, and SERGEANT ) | |
| BAYLES, ) | |
| ) | |
| Defendants. ) | |

ENTERED
APR 16 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 20, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 16th day of April, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE